```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                                   Case No. 19-02568-RNO
Jennifer Rebecca Rivera                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: TWilson      Page 1 of 2      Date Rcvd: Sep 10, 2019
                        Form ID: pdf010     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.

```
db             Jennifer Rebecca Rivera,    147 Golf View Dr,    Kunkletown, PA  18058-7889
5210232        Capital Management Services,    698 1/2 South O,    Buffalo, NY  14210-1464
5210234        Comenitycapital/VKA,    PO Box 182120,    Columbus, OH  43218-2120
5210235        Credit Control,    PO Box 31179,    Tampa, FL  33631-3179
5210230        Feldman Law Offices PC,    221 N Cedar Crest Blvd,    Allentown, PA  18104-4603
5210237        JPMC,    PO Box 15369,    Wilmington, DE  19850-5369
5210238        JPMCB,    PO Box 15389,    Wilmington, DE  19850-5389
5224053       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,     JPMC,
               c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5210239        M&T Bank Mortgages,    PO Box 1288,    Buffalo, NY  14240-1288
5210240        Nationwide Credit,    PO Box 14581,    Des Moines, IA  50306-3581
5210243        Peerless Credit Services,    PO Box 518,    Middletown, PA  17057-0518
5210229        Rivera Jennifer Rebecca,    147 Golf View Dr,    Kunkletown, PA  18058-7889
5210244        Santander Bank,    PO Box 560284 Attn Bankruptcy Dept,    Dallas, TX  75356-0284
5226289       +Santander Bank, N.A.,    450 Penn Street, Mail Code 10-421-MC3,    Reading, PA 19602-1011
5210245        Santander Consumer,    PO Box 961245,    Fort Worth, TX  76161-0244
5210248        Synchrony Bank,    Patenaude & Felix,    501 Corporate Dr,    Canonsburg, PA  15317-8584
5210249       +TD Bank USA/Target Credit,    3701 Wayzata Blvd,    Minneapolis, MN  55416-3440
5210250        United Collection Bureau,    5620 Southwyck Blvd Ste 206,    Toledo, OH  43614-1501
5210251        Weltman Weinberg & Reis,    170 S Independence Mall W Ste 874W,    Philadelphia, PA  19106-3334
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2019 18:51:41
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5210231        E-mail/Text: bankruptcy@bbandt.com Sep 10 2019 18:54:17     BB&T,    PO Box 1847,
               Wilson, NC  27894-1847
5210233        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2019 18:54:19     Comenity Bank/Vctrssec,
               PO Box 182789,    Columbus, OH  43218-2789
5210236        E-mail/Text: mrdiscen@discover.com Sep 10 2019 18:54:14     Discover Bank,
               6500 New Albany Rd E,    New Albany, OH  43054-8730
5212054        E-mail/Text: mrdiscen@discover.com Sep 10 2019 18:54:14     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5236973        E-mail/Text: camanagement@mtb.com Sep 10 2019 18:54:18     M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
5210241        E-mail/Text: paparalegals@pandf.us Sep 10 2019 18:54:33     Patenaude & Felix,    213 E Main St,
               Carnegie, PA  15106-2701
5210242        E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 18:51:40     Paypal Credit,    PO Box 105658,
               Atlanta, GA  30348-5658
5234728        E-mail/Text: bnc-quantum@quantum3group.com Sep 10 2019 18:54:21
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
5234727        E-mail/Text: bnc-quantum@quantum3group.com Sep 10 2019 18:54:21
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA  98083-0788
5210246        E-mail/PDF: clerical@simmassociates.com Sep 10 2019 18:51:25     SIMM,    800 Pencader Dr,
               Newark, DE  19702-3354
5210247        E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 18:51:11     Syncb/Care Credit,    Box 965036,
               Orlando, FL  32896-5036
5210630       +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 18:51:26     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5237305       +E-mail/Text: bncmail@w-legal.com Sep 10 2019 18:54:25     TD BANK USA, N.A.,
               C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5236633*      +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James    Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          Lynn E Feldman     on behalf of Debtor 1 Jennifer Rebecca Rivera feldmanfiling@rcn.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Chapter 13 Bankruptcy |
|---|---|
| JENNIFER REBECCA RIVERA | Bankruptcy No. 5:19-bk-02568-RNO |
| Debtor | |

## ORDER

AND NOW, upon consideration of the Debtor's Application to Voluntarily Dismiss Chapter 13 Proceeding Pursuant to Section 1307(b) of the United States Bankruptcy Code, and it appearing that Section 1307(b) of the United States Bankruptcy Code permits the Debtor to request the voluntary dismissal of the Chapter 13 proceeding,

IT IS HEREBY ORDERED that the Chapter 13 bankruptcy proceeding filed by the Debtor and docketed to No. 5:19-bk-02568-RNO in the United States Bankruptcy Court for the Middle District of Pennsylvania is hereby DISMISSED, without prejudice.

Dated: September 10, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)